# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL THOMAS VALDEZ,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO.**<br><br>**1:22-cv-04802-MHC-LTW** |

## STIPULATION TO DISMISS AS TO EXPERIAN ONLY

Plaintiff Michael Thomas Valdez and Defendant Experian Information Solutions, Inc., by counsel, and through their respective signatures below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: November 17, 2023

JOSEPH P. MCCLELLAND, LLC

*/s/ Joseph P. McClelland*
Joseph P. McClelland
JOSEPH P. MCCLELLAND, LLC
Georgia Bar No. 483407
235 East Ponce de Leon Avenue, Suite 215
Decatur, Georgia 30030
Telephone: (770) 775-0938
joseph@jacksonlaws.com

ATTORNEY FOR PLAINTIFF

*/s/ Rebecca C. Reynolds*
Rebecca C. Reynolds
GA Bar No. 194180
JONES DAY
1221 Peachtree Street NE, Suite 400
Atlanta, GA 30361
Telephone: 404.581.8825
E-Mail: rreynolds@jonesday.com

ATTORNEY FOR DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC.

*/s/ Paul W. Sheldon*
Paul W. Sheldon
Georgia Bar No. 947098
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5453
(214) 871-2111 Fax
psheldon@qslwm.com

ATTORNEY FOR DEFENDANT TRANS UNION LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2023, I filed a true and correct copy of the foregoing document with the Electronic Case Filing system of the Court, which will send a Notice of Electronic Filing to, and thereby effect service upon, all parties through their counsel of record.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

*/s/ Joseph P. McClelland*
Joseph P. McClelland